IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IXI MOBILE (R&D) LTD., IXI IP, LLC, | § § § | |
| *Plaintiffs*, | § | Case No. 2:15-CV-01883-JRG-RSP |
| v. | § § § | |
| BLACKBERRY LIMITED, BLACKBERRY CORPORATION, | § § § § | |
| *Defendants*. | § | |

## ORDER

In light of the Court's previous Order staying this case, Dkt. No. 95, all pending motions are **DENIED WITHOUT PREJUDICE**. The parties may re-urge any motion denied without prejudice within 14 days of any Court Order lifting the stay.

**SIGNED this 26th day of February, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE