# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IXI MOBILE (R&D) LTD. AND IXI IP, LLC,<br>Plaintiffs,<br>v.<br>BLACKBERRY LIMITED, et al.,<br>Defendants. | Case No. 2:15-cv-01883-JRG-RSP<br><br>(LEAD CASE) |
| IXI MOBILE (R&D) LTD. AND IXI IP, LLC,<br>Plaintiffs,<br>v.<br>HTC CORPORATION, et al.,<br>Defendants. | Case No. 2:15-cv-01884-JRG-RSP<br><br>(MEMBER CASE) |
| IXI MOBILE (R&D) LTD. AND IXI IP, LLC,<br>Plaintiffs,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD, et al<br>Defendants. | Case No. 2:15-cv-01885-JRG-RSP<br><br>(MEMBER CASE) |
| IXI MOBILE (R&D) LTD. AND IXI IP, LLC,<br>Plaintiffs,<br>v.<br>ZTE (USA) INC.<br>Defendant. | Case No. 2:15-cv-01886-JRG-RSP<br><br>(MEMBER CASE) |
| IXI MOBILE (R&D) LTD. AND IXI IP, LLC,<br>Plaintiffs,<br>v.<br>MICROSOFT CORPORATION,<br>Intervenor. | |

**ORDER OF DISMISSAL**

Before the Court is the Parties' Joint Stipulation of Dismissal [Dkt. # 99]. In light of the Joint Stipulation, the Court (1) **DISMISSES** IXI's claims against Defendants in the above-captioned matters **WITH PREJUDICE**, and (2) **DISMISSES** Defendants' counterclaims against IXI in the above-aptioned matters **WITHOUT PREJUDICE**. Each party must bear its own costs and fees related to the above-captioned matters.

**SIGNED this 3rd day of January, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE